**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

DeANGILO LEPAUL WHITE (#610862)

CIVIL ACTION

VERSUS

25-625-SDD-EWD

E. DUSTIN BICKHAM, ET AL.

**RULING**

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated October 9, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that all claims of Plaintiff DeAngilo LePaul White in this case are DISMISSED WITH PREJUDICE on the Court's own motion under 28 U.S.C. §§ 1915(e) and 1915A, as they were not timely filed.

Signed in Baton Rouge, Louisiana, on this 19 day of November, 2026.

Shelly Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

[1] Rec. Doc. 7.